ALAN W. WESTBROOK
Nevada Bar No. 06167
PERRY & WESTBROOK
A Professional Corporation
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendants,*
*Fernando Sancho and Excel Leasing Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN BATISTA-MORA, an individual; MANUEL BATISTA-ALABA, an individual; SANTA DOLORES BLANCO-HERNANDEZ, an individual, <br><br>Plaintiff(s), <br><br>vs. <br><br>FERNANDO SANCHO, an individual; EXCEL LEASING, INC., a foreign corporation; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, <br><br>Defendant(s). | CASE NO.: 2:23-cv-01302-JCM-DJA <br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice, each party to bear their own attorney fees and costs.

/ / /

/ / /

/ / /

- 1 -

FURTHER, all remaining Court dates should be vacated.

DATED this 10th of May 2024.　　　　　　DATED this 10th of June 2024.

VALIENTE MOTT, LTD.　　　　　　　　　　PERRY & WESTBROOK,
　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　　　　　　*/s/ Alan W. Westbrook*

_____　　　　　　_____
PETER PETERSEN, ESQ.　　　　　　　　　ALAN W. WESTBROOK, ESQ.
Nevada Bar No.: 14256　　　　　　　　　Nevada Bar No. 06167
TIMOTHY A. MOTT, ESQ.　　　　　　　　11500 S. Eastern Ave., Ste. 140
Nevada Bar No.: 12828　　　　　　　　　Las Vegas, Nevada 89183
700 South 7th Street　　　　　　　　　　*Attorney for Defendants,*
Las Vegas, NV 89101　　　　　　　　　　*Fernando Sancho and Excel Leasing Inc*
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 12, 2024

- 2 -